IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

YURI JHOANA GUTIERREZ AROCAM,
ARLEY CABRERA VALENZUELA,

        Petitioners,

v.                                CIVIL ACTION NO. 2:26-cv-00057

CHRISTOPHER MASON, et al.,

        Respondents.

**ORDER**

Pending before the court is Petitioners' Motion for a Temporary Restraining Order ("TRO"), [ECF No. 14]. Petitioners ask to be "immediately released from custody pending disposition of their Petition." *Id.* at 1. Alternatively, Petitioners move this court to order Respondents to file a response by 4:00 p.m. today stating Respondents' "good-faith basis to believe that there is a reasonable likelihood of a different result in this matter" than recent immigration habeas corpus cases before this court.[1] *Id.*

Petitioners' motion, [ECF No. 14], is **DENIED**. This case is already on an expedited schedule. The Petition was filed only three days ago. [ECF No. 1]. The Respondents' response to the Petition deadline is Monday, February 2, 2026, three days from now, and a hearing is scheduled for February 5, 2026. Only nine days will have elapsed between the filing of the Petition and a hearing on the Petition. In light of the procedural posture, a TRO is unnecessary.

---

[1] *Larrazabal-Gonzalez v. Mason*, No. 2:26-cv-00049, [ECF No. 23]; *Rodriguez Flores v. Mason*, No. 2:26-cv-0004, [ECF No. 24].

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

        ENTER:       January 30, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE