IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

YURI JHOANA GUTIERREZ AROCAM,
ARLEY CABRERA VALENZUELA,

           Petitioners,

v.                                                  CIVIL ACTION NO.  2:26-cv-00057

CHRISTOPHER MASON, et al.,

           Respondents.

## ORDER

Pending is Attorney Lesley M. Nash's Motion to Waive Certain Requirements of L.R. Civ. P. 83.6 And for *Pro Hac Vice* Admission of Co-Counsel, [ECF No. 28]. Pursuant to Local Rule of Civil Procedure 44.6(e), "A Visiting Attorney and his/her Sponsoring Attorney may file a motion requesting a waiver of the Visiting Attorney fee in a particular case or cases, for good cause shown." Upon review of the motion, I find that good cause exists to grant the requested relief.

This matter arises from urgent habeas litigation involving detained immigrants, in a region with a demonstrated shortage of available legal resources. Attorney Jonathan Sidney seeks *pro hac vice* admission to provide *pro bono* representation through a nonprofit legal services organization. He is an attorney in good standing in Colorado and Ohio, has significant experience appearing *pro hac vice* in federal courts, including this District, and has no disciplinary history. He seeks admission in association with Sponsoring Attorney Nash, a member in good standing of the Bar of this Court, in compliance with Local Rule of Civil Procedure 83.6(a). Attorney Sidney also has a pending application for admission to the West Virginia State Bar and is currently representing detained immigrants in multiple habeas proceedings before this court.

Under these circumstances, requiring payment of *pro hac vice* admission fees in each individual case would impose a substantial financial burden and risk impeding access to counsel in time-sensitive proceedings. Accordingly, the motion, [**ECF No. 28**], is **GRANTED**.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel and any unrepresented party.

ENTER: February 5, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE