**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

YURI JHOANA GUTIERREZ AROCA,
ARLEY CABRERA VALENZUELA,

          Petitioners,

v.                                CIVIL ACTION NO.  2:26-cv-00057

CHRISTOPHER MASON, et al.,

          Respondents.

**ORDER**

On February 5, 2026, this court held a show cause hearing and granted Petitioners' Petition for Writ of Habeas Corpus, [ECF Nos. 29, 30]. In that Order the court "**DIRECTED** [Respondents] to return all seized personal items of the Petitioners." [ECF No. 30, at 2]. On March 20, 2026, Petitioners filed a motion to enforce the court's order, hold Respondents in civil contempt, and impose sanctions, [ECF No. 35], because not all of the Petitioners' property has been returned.

Specifically, Petitioners assert that the following items remain missing: (1) both Petitioners' "driver identification documents," and (2) Petitioner Guttierrez Aroca's "passport, social security card, and Colombian governmental identification." [ECF No. 35, at 1]. Further Petitioners' assert that their "employment authorization documents were not returned to them," but after more than five weeks, they were provided replacement employment authorization documents on March 14, 2026. [ECF No. 35, at 2].

1

Petitioners move the court to "order that federal Respondents show cause as to why they should not be held in contempt and return all of Petitioners' property **immediately**," impose a fine if Respondents do not immediately return the property, and further order remedial sanctions for any other loss Petitioners suffered as well as attorneys' fees. *Id.*

Accordingly, the federal Respondents are **ORDERED** to respond to Petitioners' Motion, [ECF No. 35], **no later than April 6, 2026.** Federal Respondents are also **ORDERED** to **IMMEDIATELY** locate and return Petitioners' missing property. If the property is located, Respondents shall send the property to the Petitioners forthwith and file on the docket a notice with a tracking number.

To the extent that the federal Respondents cannot locate Petitioners' missing property today, Respondents are **ORDERED** to begin an investigation into the missing property. As part of the investigation, Respondents shall prepare a report detailing every step taken to locate Petitioners' property, the responsible officer or agent, the date and time of that action, the result of that action, and every communication related to the search. Respondents shall begin their report on January 18, 2026, the day of Petitioners' arrests and the beginning of their detention. If the property is not located and returned by April 8, 2026, the Respondents shall file their report on that day.

A show cause hearing on Petitioners' Motion is **SCHEDULED** for **April 13, 2026, at 10:00 a.m.** David Kluemper, Supervisory Detention and Deportation Officer with ICE's Enforcement and Removal Operations Sub-Office in West Virginia, is **ORDERED** to appear in person as well. Federal Respondents are **DIRECTED** to ensure that Mr. Kluemper receives a copy of this order and any other order related to the Petitioners' missing property.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:        March 23, 2026

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

3