**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

YURI JHOANA GUTIERREZ AROCA,
ARLEY CABRERA VALENZUELA,

          Petitioners,

v.                                  CIVIL ACTION NO.  2:26-cv-00057

CHRISTOPHER MASON, et al.,

          Respondents.

**ORDER**

For reasons appearing to the court, the hearing and response schedule regarding Petitioners' Motion, [ECF No. 35], is **CONTINUED**. The federal Respondents are **ORDERED** to respond to Petitioners' Motion, [ECF No. 35], **no later than April 20, 2026.**

To the extent that the federal Respondents still cannot locate Petitioners' missing property, Respondents are **ORDERED** to continue their investigation into the missing property. As part of the investigation, Respondents shall prepare a report detailing every step taken to locate Petitioners' property, the responsible officer or agent, the date and time of that action, the result of that action, and every communication related to the search. Respondents shall begin their report on January 18, 2026, the day of Petitioners' arrests and the beginning of their detention. If the property is not located and returned **by April 22, 2026**, the Respondents shall file their report on that day.

1

2

The show cause hearing on Petitioners' Motion previously scheduled for April 13, 2026, is **CONTINUED** to **April 27, 2026, at 10:00 a.m.** David Kluemper, Supervisory Detention and Deportation Officer with ICE's Enforcement and Removal Operations Sub-Office in West Virginia, is **ORDERED** to appear in person as well. Federal Respondents are **DIRECTED** to ensure that Mr. Kluemper receives a copy of this order and any other order related to the Petitioners' missing property.

The court **DIRECTS** the Clerk to send a copy of this Order to counsel, any unrepresented party, and the United States Attorney's Office for the Southern District of West Virginia.

ENTER:      April 1, 2026

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

2